IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL LIMOUSINE SERVICE<br>2300 T Street, N.E.<br>Washington, D.C. 20002 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: |
| DISTRICT OF COLUMBIA,<br>ADRIAN M. FENTY, Mayor<br>1350 Pennsylvania Avenue, N.W.<br>Suite 310<br>Washington, D.C. 20004 | *<br><br>*<br><br>* | |
| Defendant, | * | |
| and | * | |
| DISTRICT OF COLUMBIA,<br>NATWAR M. GHANDI, Chief Financial Officer<br>1350 Pennsylvania Avenue, N.W.<br>Room 203<br>Washington, D.C. 20004 | *<br><br>*<br><br>* | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

I, the undersigned counsel of record for Plaintiff, International Limousine Service, pursuant to Federal Rule of Civil Procedure 7.1, certify that to the best of my knowledge, information and belief that no other person or entity has a financial interest in the outcome of this litigation. Plaintiff has no parent or subsidiaries or other corporate affiliations.

Respectfully submitted,

_____
CRAIG D. ROSWELL
D.C. Federal Bar No. 433406
NILES, BARTON & WILMER, LLP
111 South Calvert Street
Suite 1400
Baltimore, Maryland 21202
(410) 783-6341
cdroswell@niles-law.com
*Counsel for Plaintiff*